LATHAM & WATKINS LLP
  Michael G. Romey (Bar No. 137993)
    *michael.romey@lw.com*
  Jamie L. Sprague (Bar No. 287689)
    *jamie.sprague@lw.com*
  R. Peter Durning, Jr. (Bar No. 277968)
    *peter.durning@lw.com*
  Sarah F. Mitchell (Bar No. 308467)
    *sarah.mitchell@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

Attorneys for Defendant and Counterclaimant
RREEF America REIT II Corporation BBB
and Defendant Macy's West Stores, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| 3500 SEPULVEDA, LLC, a Delaware limited liability company, 13TH & CREST ASSOCIATES, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>RREEF AMERICA REIT II CORPORATION BBB, a Maryland corporation; MACY'S WEST STORES, INC. and DOES 1–25, inclusive,<br><br>Defendants.<br><br>RREEF AMERICA REIT II CORPORATION BBB, a Maryland corporation<br><br>Counterclaimant<br><br>v.<br><br>3500 SEPULVEDA, LLC, a Delaware limited liability company; 13TH & CREST ASSOCIATES, LLC, a California limited liability company; 6220 SPRING ASSOCIATES, LLC, a California limited liability company,<br><br>Counterdefendants. | CASE NO. 2:17-cv-08537-R-JPR<br><br>The Honorable Manuel L. Real<br><br>**STIPULATED PROTECTIVE ORDER** |

# ORDER

For good cause shown, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, all discovery and other materials exchanged by the Parties or Third Parties, or filed with the Court, in *3500 Sepulveda, LLC, et al. v. RREEF America REIT II Corporation BBB, et al.*, Case No. 2:17-cv-08537-R-JPR, shall be provided subject to the conditions set forth in the foregoing Stipulated Protective Order.

**IT IS SO ORDERED.**

Date: July 19, 2018

_____
Hon. Manuel L. Real
United States District Judge