JEFFER MANGELS BUTLER & MITCHELL LLP
MATTHEW D. HINKS (Bar No. 200750)
*mhinks@jmbm.com*
LARA R. LEITNER (Bar No. 303162)
*lleitner@jmbm.com*
IMAN G. WILSON (Bar No. 280806)
*iwilson@jmbm.com*
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone: (310) 203-8080
Facsimile: (310) 203-0567

Attorneys for Plaintiffs 3500 SEPULVEDA, LLC and
13th & CREST ASSOCIATES, LLC and Counter-defendants
3500 SEPULVEDA LLC, 13th & CREST ASSOCIATES,
LLC, and 6220 SPRING ASSOCIATES, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3500 SEPULVEDA, LLC, a Delaware limited liability company; and 13th & CREST ASSOCIATES, LLC, a California limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> RREEF AMERICA REIT II CORPORATION BBB, a Maryland corporation; MACY'S WEST STORES, INC.; and Does 1-25, inclusive, <br><br> Defendant. | Case No. 2:17-cv-08537 R (JPRx) <br><br> **JUDGMENT** <br><br> The Hon. Manuel L. Real <br><br> Action Filed: October 11, 2017 |
| RREEF AMERICA REIT II CORPORATION BBB, a Maryland corporation, <br><br> Counter-Claimant, <br><br> v. <br><br> 3500 SEPULVEDA, LLC, a Delaware limited liability company; 13th & CREST ASSOCIATES, LLC, a California limited liability company; and 6220 SPRING ASSOCIATES, LLC, a California limited liability company, <br><br> Counter-Defendants. | |

JUDGMENT

The Court has considered the Notice of Motion and Motion for Summary Judgment (Doc. No. 36, 36-1, "Defendants' MSJ") filed on July 9, 2018 by Defendants and Counterclaimants RREEF America REIT II Corporation BBB ("RREEF America") and Macy's West Stores, Inc. (collectively, "Defendants"). The Court has also considered the Notice of Motion and Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment (Doc. Nos. 49, 49-2, "Counter-Defendants' MSJ") filed on September 17, 2018 by Plaintiffs 3500 Sepulveda, LLC ("3500 Sepulveda") and 13th & Crest Associates, LLC ("13th & Crest") and Counter-defendants 3500 Sepulveda, LLC, 13th & Crest Associates, LLC and 6220 Spring Associates, LLC (collectively, "Counter-Defendants").

Having considered the parties' moving, opposition and reply papers, all of their supporting documents, and the pleadings and other records in this case, the Court has granted Defendants' MSJ and Counter-Defendants' MSJ, as set forth in its prior orders on those motions (Doc Nos. 47 and 95). Accordingly, it is hereby ORDERED, ADJUDGED, and DECREED THAT:

1. Judgment is entered in favor of Defendants and against 3500 Sepulveda and 13th and Crest (collectively, "Plaintiffs") as follows:

    a. In favor of Defendants and against Plaintiffs on Plaintiffs' First Cause of Action for Interference with Easement;

    b. In favor of Defendants and against Plaintiffs on Plaintiffs' Second Cause of Action for Nuisance;

    c. In favor of Defendants and against Plaintiffs on Plaintiffs' Third Cause of Action for Breach of Contract;

    d. In favor of Defendants and against Plaintiffs on Plaintiffs' Fourth Cause of Action for Breach of Covenant of Good Faith and Fair Dealing;

e. In favor of Defendants and against Plaintiffs on Plaintiffs' Fifth Cause of Action for Anticipatory Breach of Contract;

f. In favor of Defendants and against Plaintiffs on Plaintiffs' Sixth Cause of Action for Negligent and Intentional Interference with Business Relationships and Contracts;

g. In favor of Defendants and against Plaintiffs on Plaintiffs' Seventh Cause of Action for Declaratory Relief

2. Judgment is entered in favor of Counter-Defendants and against RREEF America as follows:

a. In favor of Counter-Defendants and against RREEF America on RREEF America's First Counterclaim for Relief for Breach of Contract;

b. In favor of Counter-Defendants and against RREEF America on RREEF America's Second Counterclaim for Relief for Breach of the Implied Covenant of Good Faith and Fair Dealing; and

c. In favor of Counter-Defendants and against RREEF America on RREEF America's Third Counterclaim for Relief for Declaratory Relief of Rights and Obligations under the Settlement Agreement.

3. This action is dismissed in its entirety.

DATED: November 16, 2018

By: _____
Honorable Manuel L. Real
United States District Judge