**HILL, FARRER & BURRILL LLP**
Kevin H. Brogan (Bar No. 089427)
kbrogan@hillfarrer.com
Dean E. Dennis (Bar No. 112616)
ddennis@hillfarrer.com
Stephen J. Tomasulo (Bar No. 181013)
stomasulo@hillfarrer.com
One California Plaza
300 S. Grand Avenue, 37th Floor
Los Angeles, California 90071-3147
Telephone: 213.620.0460
Fax: 213.624.4840

Attorneys for Plaintiffs/Counter-Defendants
3500 SEPULVEDA, LLC and 13th & CREST
ASSOCIATES, LLC, and Counter-Defendant
6220 SPRING ASSOCIATES, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3500 SEPULVEDA, LLC, a Delaware limited liability company; and 13th & CREST ASSOCIATES, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>RREEF AMERICA REIT II CORPORATION BBB, a Maryland corporation; MACY'S WEST STORES, INC; and Does 1-25, inclusive,<br><br>Defendants. | Case No. 2:17-cv-08537-AFM<br><br>**ADDITIONAL JOINT STIPULATED FACTS REGARDING REASONABLENESS UNDER THE COREA ISSUE TO BE RESOLVED IN ADVANCE OF TRIAL** |
| RREEF AMERICA REIT II CORPORATION BBB, a Maryland corporation<br><br>Counter-Claimant,<br><br>v.<br><br>3500 SEPULVEDA, LLC, a Delaware limited liability company;13th & CREST ASSOCIATES, LLC, a California limited liability company; and 6220 SPRING | Date Action Filed: October 11, 2017 |

ASSOCIATES, LLC, a California limited liability company,

Counter-Defendants.

**TO THE HONORABLE COURT:**

Pursuant to the Court's May 20, 2022 Order (ECF No. 213), the parties hereby submit these Additional Joint Stipulated Facts Regarding the "Reasonableness Under the COREA" Issue to Be Resolved in Advance of Trial:

1. From 1980 until RREEF America's[1] construction of the Project began in 2017, the parking area known commonly as Lot F was an open, at grade, parking lot.

2. Supplemental Exhibit 1 is a pre-Project aerial photo of the Shopping Center (Trial Exhibit 4) with directions and certain features and structures labeled. The parties agree that Supplemental Exhibit 1 is admitted and part of the trial record.

3. Excepting the proposed access to and parking in the "culvert" area to the north and northeast of the Hacienda Building, construction of the Project was substantially completed in or about March 2021.

4. On or about October 1, 2021, RREEF America and Macy's entered into the First Amendment to the COREA (the "Amendment"), referred to in the parties' Joint Stipulated Fact No. 13 (ECF No. 183). The Hacienda Parties were not asked to sign and did not sign the Amendment. The Amendment was recorded by the Los Angeles County Recorder on December 7, 2021. A true and correct copy of the Amendment is attached hereto as Supplemental Exhibit 2. The parties

---

[1] All capitalized terms herein have the same definitions as those used in the parties' joint stipulated facts dated January 27, 2022, ECF No. 183.

agree that Supplemental Exhibit 2 is admitted and part of the trial record.

5. After construction of the Project, the total gross leasable area (GLA) in the Shopping Center is 649,484 square feet. Of that, the Fry's building is 46,200 square feet GLA, making the GLA absent Fry's 603,284 square feet. Of that latter amount, the restaurant GLA is 86,189 square feet, of which 7,772 is active outdoor dining GLA.

DATED: June 13, 2022　　　　　　　　HILL, FARRER & BURRILL LLP

By: */s/Stephen Tomasulo*
　　Kevin H. Brogan
　　Dean E. Dennis
　　Stephen J. Tomasulo
　　Attorneys for Plaintiffs and Counter-Defendants 3500 Sepulveda, LLC and 13th & Crest Associates, LLC, and Counter-Defendant 6220 Spring Associates, LLC

DATED: June 13, 2022　　　　　　　　LATHAM & WATKINS LLP

By: */s/ Michael G. Romey*
　　Michael G. Romey
　　Sarah F. Mitchell
　　Miri G. Gold
　　Attorneys for Defendant and Counterclaimant RREEF America REIT II Corporation BBB and Defendant Macy's West Stores, Inc.

## CERTIFICATION PURSUANT TO LOCAL RULE 5-4.3.4(A)(2)

Pursuant to Local Rule 5-4.3.4(a)(2), the Hacienda Parties' counsel attests that all other signatories listed, and on whose behalf this filing is jointly submitted, concur in the filing's content and have authorized the filing.

DATED: June 13, 2022                     HILL, FARRER & BURRILL LLP


By: */s/Stephen Tomasulo*
    Kevin H. Brogan
    Dean E. Dennis
    Stephen J. Tomasulo
    Attorneys for Plaintiffs and Counter-Defendants 3500 Sepulveda, LLC and 13th & Crest Associates, LLC, and Counter-Defendant 6220 Spring Associates, LLC

ADDITIONAL JOINT STIPULATED FACTS REGARDING REASONABLENESS UNDER THE COREA ISSUE TO BE RESOLVED IN ADVANCE OF TRIAL