LATHAM & WATKINS LLP
  Michael G. Romey (Bar No. 137993)
    *michael.romey@lw.com*
  Sarah F. Mitchell (Bar No. 308467)
    *sarah.mitchell@lw.com*
  Greg Swartz (Bar No. 308071)
    *greg.swartz@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

Attorneys for Defendant and Counterclaimant
RREEF America REIT II Corporation BBB
and Defendant Macy's West Stores, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3500 SEPULVEDA, LLC, a Delaware limited liability company, 13TH & CREST ASSOCIATES, LLC, a California limited liability company<br><br>Plaintiffs,<br><br>v.<br><br>RREEF AMERICA REIT II CORPORATION BBB, a Maryland corporation; MACY'S WEST STORES, INC. and DOES 1–25, inclusive,<br><br>Defendants. | CASE NO. 2:17-cv-08537-AFM<br><br>The Honorable Alexander F. MacKinnon<br><br>**NOTICE OF LODGING RE RREEF AMERICA REIT II CORPORATION BBB'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**<br><br>Action Filed: October 11, 2017<br><br>Trial Date: February 6, 2023 |
| RREEF AMERICA REIT II CORPORATION BBB, a Maryland corporation<br><br>Counterclaimant<br><br>v.<br><br>3500 SEPULVEDA, LLC, a Delaware limited liability company; 13TH & CREST ASSOCIATES, LLC, a California limited liability company; 6220 SPRING ASSOCIATES, LLC, a California limited liability company,<br><br>Counterdefendants. | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

NOT. OF LODGING RE RREEF'S
PROPOSED FINDINGS OF FACT
AND CONCLUSIONS OF LAW

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that on March 14, 2023, Counterclaimant RREEF America REIT II Corporation BBB electronically filed and lodged its Proposed Findings of Fact and Conclusions of Law (the "FFCL") with the Court. The FFCL is attached hereto as **Exhibit A**.

Dated: March 14, 2023

LATHAM & WATKINS LLP

By /s/ Michael G. Romey
Michael G. Romey
Greg Swartz
*Attorneys for Counterclaimant RREEF America REIT II Corporation BBB*