JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3500 SEPULVEDA, LLC, a Delaware limited liability company, 13TH & CREST ASSOCIATES, LLC, a California limited liability company<br><br>Plaintiffs,<br><br>v.<br><br>RREEF AMERICA REIT II CORPORATION BBB, a Maryland corporation; MACY'S WEST STORES, INC. and DOES 1–25, inclusive,<br><br>Defendants.<br><br>RREEF AMERICA REIT II CORPORATION BBB, a Maryland corporation<br><br>Counterclaimant<br><br>v.<br><br>3500 SEPULVEDA, LLC, a Delaware limited liability company; 13TH & CREST ASSOCIATES, LLC, a California limited liability company; 6220 SPRING ASSOCIATES, LLC, a California limited liability company,<br><br>Counterdefendants. | CASE NO. 2:17-cv-08537-AFM<br><br>**FINAL JUDGMENT** |

1.   On October 11, 2017, 3500 Sepulveda, LLC and 13th & Crest Associates, LLC (collectively, "Plaintiffs") filed a complaint (the "Complaint") against RREEF America REIT II Corporation BBB ("RREEF") and Macy's West Stores, Inc. (collectively, "Defendants"). (ECF No. 1.) The Complaint alleged causes of action for: (1) interference with easement; (2) nuisance; (3) breach of contract; (4) breach of covenant of good faith and fair dealing; (5) anticipatory breach of contract; (6) negligent and intentional interference with business relationships and contracts; and (7) declaratory relief.

2.   On December 13, 2017, RREEF filed its answer and asserted counterclaims (the "Counterclaims") against 3500 Sepulveda, LLC, 13th & Crest Associates, LLC, and 6220 Spring Associates, LLC (collectively, the "Hacienda Parties"). (ECF No. 17.) The Counterclaims alleged causes of action for: (1) breach of contract; (2) breach of the implied covenant of good faith and fair dealing; and (3) declaratory relief of rights and obligations under the settlement agreement.

3.   On November 23, 2021, the parties stipulated to a nonjury trial before United States Magistrate Judge Alexander F. MacKinnon on all claims, counterclaims, and defenses. (ECF No. 173.)

4.   On March 1, 2022, the Court issued an order regarding the legal interpretation of the settlement agreement. (ECF No. 193.)

5.   On August 24, 2022, the Court issued an order regarding plaintiffs' claim of unreasonable burden on their easement rights. (ECF No. 220.)

6.   On June 6, 2023, the Court issued a decision with findings of fact and conclusions of law. (ECF No. 279.)

NOW, THEREFORE, BASED UPON THE FOREGOING, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered as follows:

**Plaintiffs' Complaint**

(a) Judgment is hereby entered in favor of Defendants RREEF America REIT II Corporation BBB and Macy's West Stores, Inc. on the Complaint.

(b) Judgment is hereby entered against Plaintiffs 3500 Sepulveda, LLC and 13th & Crest Associates, LLC on the Complaint.

(c) Plaintiffs shall recover nothing by reason of the Complaint.

**RREEF's Counterclaims**

(a) Judgment is hereby entered in favor of RREEF America REIT II Corporation BBB on the breach of contract cause of action in the Counterclaims.

(b) Judgment is hereby entered against 3500 Sepulveda, LLC, 13th & Crest Associates, LLC, and 6220 Spring Associates, LLC on the breach of contract cause of action in the Counterclaims.

(c) RREEF shall have and recover, jointly and severally, from 3500 Sepulveda, LLC, 13th & Crest Associates, LLC, and 6220 Spring Associates, LLC damages in the amount of $3,496,365 with interest thereon as provided by law.

Dated: 7/19/2023

Alexander F. MacKinnon
United States Magistrate Judge